UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEZAY CHRISTOL COLEMAN,

    Defendant.

_____/

Case No. 1:21-cr-83

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 32) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 32) is approved and adopted as the opinion of the Court.

2. Acceptance of Defendant's plea of guilty is held in abeyance pending Defendant's personal appearance at sentencing now scheduled for August 19, 2021 at 9:30 a.m.

3. The written plea agreement is hereby continued under advisement pending sentencing.

4. Defendant shall remain on bond pending sentencing.

Dated:  May 20, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE